UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Jose Jesus FONSECA-Barajar,<br><br>　　　　　Defendant | Magistrate Docket No.<br>**08 MJ 0352**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 6, 2008** within the Southern District of California, defendant, **Jose Jesus FONSECA-Barajar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　James Trombley
　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7TH** DAY OF **FEBRUARY 2008.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Jesus FONSECA-Barajar

## PROBABLE CAUSE STATEMENT

On February 6, 2008, Border Patrol Agent R. Zuniga was performing line watch duties in the Imperial Beach area of operations. At approximately 7:30 a.m., as Agent Zuniga was driving westbound on Dairy Mart Road onto Monument Road, he observed an individual running north. Agent Zuniga stopped his vehicle where he last observed the individual. The individual saw Agent Zuniga and then hid behind some brush in an area known as "Cronce's Ditch." This area is located approximately two miles west of the San Ysidro, California Port of Entry and is located approximately one-half mile north of the United States/Mexico International Boundary.

Agent Zuniga approached the individual and immediately identified himself as a United States Border Patrol Agent. Agent Zuniga questioned the individual as to his citizenship and nationality. The individual, later identified as the defendant **Jose Jesus FONSECA-Barajar**, admitted that he was a citizen and national of Mexico illegally present in the United States without any immigration documentation permitting him to enter or remain in the United States legally. Agent Zuniga arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on June 27, 2005** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.